**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-7543**

UNITED STATES OF AMERICA,

            Plaintiff - Appellee,

      v.

CURTIS ARNOLD,

            Defendant - Appellant.

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Robert J. Conrad, Jr., District Judge.  (3:05-cr-00046-RJC-DSC-2)

Submitted:  February 25, 2016          Decided:  March 1, 2016

Before SHEDD and HARRIS, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Curtis Arnold, Appellant Pro Se.  Thomas A. O'Malley, OFFICE OF THE UNITED STATES ATTORNEY, Charlotte, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Curtis Arnold appeals the district court's order denying his motion to amend the statement of reasons in his criminal judgment. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Arnold, No. 3:05-cr-00046-RJC-DSC-2 (W.D.N.C. Sept. 17, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED